UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR118-025 |
| | ) | |
| LAVAJO MONTERRELL DORSEY | ) | |

**ORDER ON MOTION FOR LEAVE OF ABSENCE**

**Travis M. Saul** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Travis M. Saul** be granted leave of absence for the following periods: **July 23, 2018 through July 27, 2018 and October 1, 2018 through October 8, 2018.**

This ___ day of July, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA